UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| MARK KOTLARSKY : | Case No. 13-12002-WIL |
|     Debtor : | Chapter 7 |
| _____ : | |

CERTIFICATE OF SERVICE

_____ I hereby certify that a copy of the foregoing Amended Schedule C and Amended Declaration of schedules was served by ECF filing, and first class mail, postage prepaid on this 28th day of March, 2013 to the following:

Office of the U.S. Trustee
6305 Ivy Lane
6th floor
Greenbelt, MD 20770

and everyone on attached mailing matrix

Respectfully submitted,

LAW OFFICE OF RICHARD H. GINS, LLC

 */s Richard H. Gins*
Richard H. Gins *#03465*
3 Bethesda Metro Center
Suite 530
Bethesda, Maryland 20814
(301) 718-1078
Counsel For Debtor

Dated: 3/28/2013