

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK KOTLARSKY, | ) | Case No. 13-12002- WIL |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER AUTHORIZING TRUSTEE
TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL LIENS
AND INTERESTS PURSUANT TO 11 U.S.C. § 363**

This matter came before the Court on the Trustee's Motion for Authority to Sell Real Property Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363 ("Motion"). In the Motion, the Trustee seeks authority to sell real property located at 7400 Heartleaf Circle, Laurel, MD 20707 (the "Property"). The Court finds notice of the Motion to be adequate as given. The Court finds that the Purchasers are good faith purchasers under § 363(m) of the Bankruptcy Code. Upon agreement of the Trustee and Federal Home Loan Mortgage Corporation with Wells Fargo, N.A. being the servicer ("Wells Fargo"), by and through their counsel, it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the Trustee is authorized to sell 7400 Heartleaf Circle, Laurel, MD 20707, free and clear of all liens and interests, except costs of sale paid at closing; and it is

**FURTHER ORDERED** that Victoria Falls Community Association, Inc. will be paid its secured claim in the amount of $815.61 at the time of closing; and it is

**FURTHER ORDERED** that Wells Fargo will be paid at closing in accordance with its payoff letter, attached hereto as Exhibit A; and it is

**FURTHER ORDERED** that Wells Fargo agrees to rescind the foreclosure sale simultaneous with the closing upon presentation of payment in full; and it is

**FURTHER ORDERED** that the parties stipulate that a release of the lien of the deed of trust recorded in Liber 23788 at folio 46 will be filed by the secured party within 45 days from the date of receipt of proceeds from the Trustee; and it is

**FURTHER ORDERED** that the sale price of the Property be and hereby is reduced from the contract price of $405,000.00 to $401,000.00, which is the full appraised price. The parties do not believe that additional notice is required as the reduction is minimal, the reduction was done in accordance with the contract that was filed with the Court, and there are still sufficient funds to pay the above-referenced liens in full. Moreover, the Property has already been foreclosed and, therefore, if the sale does not occur, there will be no benefit to the estate or the debtor; and it is

**FURTHER ORDERED** that the Trustee is authorized to pay the ordinary, necessary and reasonable costs of closing, including any real estate taxes; and it is

**FURTHER ORDERED** that the Trustee shall have the authority to execute all documents in connection with the sale on behalf of the estate, including, but not limited to, a deed to convey the entire Property; and it is

**FURTHER ORDERED** that except as otherwise stated in this order, all other proceeds of the sale will be held by the Trustee until further order of this Court; and it is

**FURTHER ORDERED** that the Trustee is authorized to sell the Property to a substitute purchaser without further notice in the event that the sale to the Purchasers does not close so long as the contract has the same terms or yields the same net to the estate.

SEEN AND AGREED TO:

/s/ Janet M. Nesse
Janet M. Nesse, No. 07804
Stinson Leonard Street LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, DC  20006
*Counsel for Chapter 7 Trustee*

/s/ Kimberly Brooke Lane
Kimberly Brooke Lane, No. 18513
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852
*Counsel for Wells Fargo, N.A.*

**I HEREBY CERTIFY** that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Janet M. Nesse
Janet M. Nesse

Copies to:

Janet M. Nesse, Esq.
janet.nesse@stinsonleonard.com

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Randa S. Azzam, Esq.
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, MD 20952
razzam@siwpc.com

Richard H. Gins, Esq.
The Law Office of Richard H. Gins, LLC
4710 Bethesda Avenue
Suite 204
Bethesda, MD 20814
richard@ginslaw.com

Elizabeth L. Hileman, Esq.
Hileman & Associates, P.C.
7979 Old Georgetown Rd., Ste 600
Bethesda, MD 20814
ehileman@hilemanlaw.com

Kimberly Brooke Lane, Esq.
Samuel I. White, P.C.
611 Rockville Pike
Ste 100
Rockville, MD 20852
klane@siwpc.com

Paul Sweeney, Esq.
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401
psweeney@yvslaw.com

Raphael and Denise Woodruff
12812 Falmouth Drive
Silver Spring, MD 20904

Alla March
7400 Heartleaf Circle
Laurel, MD 20707

Mark Kotlarsky
7400 Heartleaf Circle
Laurel, MD 20707

**END OF ORDER**

Exhibit A

```
                         )4089_PAYOFF QUOTE
*******************************                   *******************************
       )4089p_internal_081814

  **Note**
  For FHA loans, payoff quotes must be calculated to the 1st of the month
  as interest accrues monthly, except in Illinois.

  PAY3 0058494089    AS-OF 09/02/14 PAYOFF FEES AND PERDIEM    08/17/14  13:08:03
  -------------------------------------------------------      --------------
  ----- 1ST MORT PERDIEM INTEREST - ASSESS WAIVE ------- ADDITIONAL FEES -------
    FROM       RATE       AMOUNT     Y   Y 1      50.00  RECORDING COSTS
  09/02/14   02.00000      15.51     N   Y 2      20.00  FAX FEE
                        CALCULATED   N   N 3        .00  PROPERTY INSPECTION
                                     N   N 4        .00  OBLIGATION FEE
                                     N   N 5        .00  BUYDOWN/CORP SUBSIDY
                                     N   N 6     400.00  RESCISSION FEES/COSTS
                                     N   N 7        .00
                                     N   N 8        .00
                                         N       822.08  ACCUM LATE CHARGES
                                         N          .00  ACCUM NSF CHARGES
                                         N          .00  OTHER FEES DUE

  PAY4       4089    AS-OF 09/02/14 PAYOFF CALCULATION TOTALS 08/17/14  13:08:07
  NAME M  KOTLARSK CONTACT NAME MARK KOTLARSKY
  ---------------------------------------------------------------------------
  PRINCIPAL BALANCE        283,127.04        ----------- RATE CHANGES ----------
  INTEREST 09/02/14         19,362.59  CALC  INT FROM   RATE          AMOUNT
  PRO RATA MIP/PMI                .00        04/01/11   2.00000      19,362.59
  ESCROW ADVANCE            16,938.08        09/02/14
  ESCROW BALANCE                  .00
  SUSPENSE BALANCE                .00
  HUD BALANCE                     .00
  REPLACEMENT RESERVE             .00
  RESTRICTED ESCROW               .00
  TOTAL-FEES                   400.00  W 2
  ACCUM LATE CHARGES           822.08
  ACCUM NSF CHARGES               .00
  OTHER FEES DUE                  .00
  PENALTY INTEREST                .00
  FLAT/OTHER PENALTY FEE          .00        TOTAL INTEREST           19,362.59
  CR LIFE/ORIG FEE RBATE          .00        TOTAL TO PAYOFF         325,264.80
  RECOVERABLE BALANCE        4,615.01  NUMBER OF COPIES: 1    PRESS PF1 TO PRINT


  TRN USR DATE      TRAN AMT    ESC PAYEE  PAYEE  RSN  DESCRIPTION
  632 DKH 08/07/14     258.80   ATY-VA-WHI 01R01  PUBL PUB OF SALE
  632 DKH 06/19/14   1,348.22   ATY-VA-WHI 01R01  PUBL PUB OF SALE
  632 DKH 06/19/14      45.00   ATY-VA-WHI 01R01  TITL TITLE POLICY
  632 DKH 06/19/14     105.00   ATY-VA-WHI 01R01  RCRD RECORDING FEES
  632 DKH 06/19/14     250.00   ATY-VA-WHI 01R01  AUCT AUCTIONEER FEE
  632 DKH 06/19/14     143.75   ATY-VA-WHI 01R01  FILE FILING COSTS
  630 DKH 06/19/14     225.00   ATY-VA-WHI 01R01  ATTY ATTORNEY FEES
  745 CF3 05/07/13      15.00-                    01R01 INSP NOT RECOVERABLE
  632 DKH 03/04/13      45.00   ATY-VA-WHI 01R01  TITL TITLE POLICY
  632 DKH 03/04/13   1,329.24   ATY-VA-WHI 01R01  PUBL PUB OF SALE
  632 DKH 03/04/13     150.00   ATY-VA-WHI 01R01  AUCT AUCTIONEER FEE
  632 DKH 10/24/12     220.00   ATY-VA-WHI 01R01  TITL TITLE POLICY
  632 DKH 10/24/12     495.00   ATY-VA-WHI 01R01  FILE FILING COSTS
  631 DKH 05/23/12      15.00   SE-FIRST   01R01  INSP INSPECTION

  ** TOTAL SELECTED DDCH CORP ADV TRANS:     4,615.01
  *****************************  INTERNAL USE ONLY  *****************************

                                 Page 1
```