# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (GREENBELT DIVISION)

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 13-12002-WIL** |
| **MARK KOTLARSKY** ) | **Chapter 7** |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| **JANET M. NESSE** ) | **Adversary No. 13-00424** |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **ALLA MARCHENKO** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Janet M. Nesse ("Trustee"), the Chapter 7 Trustee of the bankruptcy estate of Mark Kotlarsky (the "Debtor"), has filed a Motion for Approval of Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019 (the "Motion"). The Motion asks the Court to approve a settlement (the "Settlement") reached between the Trustee and the Debtor.

On July 24, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. As of the Petition Date, the Debtor owned real property located at 7400 Heartleaf Circle, Laurel, MD 20707 (the "Property"). The Property was encumbered by three liens. The first lien was held by Wells Fargo Bank in the amount of no less than $300,000.00. The second lien was held by Alla Marchenko ("Ms. Marchenko") in the amount of approximately $39,868.50. The mortgage held by Ms. Marchenko, the Debtor's girlfriend, was entered into on June 27, 2012 and was recorded on June 29, 2012, less than one year prior to the Petition Date.

On June 14, 2013, the Trustee filed a Motion for Authority to Sell Real Property Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363, which this Court granted by Order entered on July 24, 2013. On or about October 10, 2014, the Trustee closed on the sale of the Property for $401,000.00. After payment of the costs of sale and county taxes, the total amount of proceeds forwarded to the Trustee was $70,977.34. The Debtor asserted his homestead exemption, resulting in net proceeds in favor of the bankruptcy estate in the amount of approximately $49,352.34.

On July 24, 2013, in the matter captioned *Janet M. Nesse v. Alla Marchenko,* Adversary No. 13-00424 (the "Adversary Proceeding"), the Trustee filed a Complaint to Determine Validity, Priority and Extent of Lien of Alla Marchenko, to Avoid and Recover Preferential Transfer, and to Avoid and Recover Fraudulent Transfer ("Complaint"). The Trustee alleged, among other things, that Ms. Marchenko's lien was preferential and/or a fraudulent conveyance.

In addition to the dispute concerning the validity, extent and priority of Ms. Marchenko's lien against the Property, the Trustee and the Debtor also have a dispute concerning approximately $41,148.55 received by the Trustee from the bankruptcy estate of Silver Spring Family Medical Center, LLC (Case No. 10-36319-TJC). The Debtor asserts that the funds received from the Silver Spring Family Medical Center, LLC estate are traceable to a note payable to the Debtor on account of moneys loaned from Mr. Kotlarsky's pension plan, and are therefore exempt under applicable law. The Trustee disputes that the pension plan is in good standing or that the funds received originated from the profit sharing plan in the first instance. The Trustee asserts that funds received from the bankruptcy estate of Silver Spring Family Medical Center, LLC are not exempt.

The Trustee is holding approximately $94,424.67 from the sale of the Property, funds received from the Silver Spring Family Medical Center bankruptcy estate, and funds received from PNC Bank. At the conclusion of a mediation between the parties, the parties reached an agreement resolving all issues, subject to bankruptcy court approval.

The terms of the Settlement are as follows:

    a.    The Bankruptcy Estate shall retain $40,000.00 from the funds the Trustee received from the proceeds of the sale of the Property and from the funds received from the bankruptcy estate of Silver Spring Family Medical Center, LLC.

    b.    Subject to bankruptcy court approval, the Bankruptcy Estate shall pay all mediation fees and costs incurred by Patrick J. Kearney in the amount of $2,218.98.

    c.    The Bankruptcy Estate shall disburse approximately $37,970.00 to Ms. Marchenko and $6,454.67 to the Law Offices of Mark Kotlarsky, Esq. Pension Plan.

    d.    The Bankruptcy Estate shall release all claims to any other loan repayments due to the Debtor from the Silver Spring Family Medical Center, LLC.

    e.    The Bankruptcy Estate shall abandon any interest she has in the matter captioned *Mark Kotlarsky v. Deborah Isaacs*, case No. 050200152992014, pending in the District Court for Prince George's County, Maryland.

    f.    The Debtor shall appear at the trial in the matter captioned *Mark Kotlarsky v. Sohrab Nabavi*, case No. CAL11-29751, pending in the Circuit Court for Prince George's County, Maryland.

    g.    All other claims and actions shall remain property of the bankruptcy estate.

    h.    Upon approval of this Motion, the Adversary Proceeding shall be dismissed with prejudice.

Because of the delay, uncertainty and expense in litigating the Adversary Proceeding and in determining the source and qualification of the Pension Plan, the Trustee believes the proposed Settlement is in the best interest of the estate and its creditors.

This Settlement is subject to the approval of the Court after notice to all creditors entitled to such notice. The Trustee believes that the Settlement on the terms stated herein is fair and reasonable and is in the best interests of the estate and should be approved. A copy of the Motion for Approval of Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019 will be mailed to any party who requests one from the undersigned.

**PLEASE TAKE NOTICE THAT WITHIN 21 DAYS AFTER THE DATE OF THIS NOTICE, YOU MUST SERVE A WRITTEN OBJECTION TO THE MOTION IF YOU INTEND TO OBJECT TO THE COMPROMISE, TOGETHER WITH THE PROPOSED ORDER REQUIRED BY LOCAL BANKRUPTCY RULES. ANY OBJECTION AND PROPOSED ORDER MUST BE FILED WITH THE CLERK, U.S. BANKRUPTCY COURT, SUITE 300, U.S. COURTHOUSE, 6500 CHERRYWOOD LANE, GREENBELT, MARYLAND 20770, AND SERVED BY DELIVERY OR BY MAILING A COPY TO THE UNDERSIGNED. THE OBJECTION MUST CONTAIN A COMPLETE SPECIFICATION OF THE FACTUAL AND LEGAL GROUNDS UPON WHICH IT IS BASED. YOU MAY APPEND AFFIDAVITS AND DOCUMENTS IN SUPPORT OF YOUR OBJECTION.**

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. THE COURT MAY GRANT THE MOTION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL. PARTIES IN INTEREST MAY CONTACT THE UNDERSIGNED WITH QUESTIONS.**

Dated: March 23, 2015        Respectfully submitted

                              /s/ Janet M. Nesse
                              Janet M. Nesse (Fed Bar No. 07804)
                              Steven L. Goldberg (Fed Bar No. 28089)

        McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.
        6411 Ivy Lane, Suite 200
        Greenbelt, MD 20770
        Tel: 301-441-2420
        Fax: 301-982-9450
        jnesse@mhlawyers.com
        *Counsel for Trustee*

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 23rd day of March, 2015, a true and correct copy of the Notice of Trustee's Motion for Approval of Compromise of Controversy Pursuant to Fed. R. Bank. P. 9019 has been furnished by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure and as set forth on the attached mailing matrix, including to:

Office of the United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Mark Kotlarsky, Esquire
6 Beachside Drive
Palm Coast, FL 32137

Patrick J. Kearney
4416 East West Highway
Fourth Floor
Bethesda, MD 20814

Wells Fargo Bank, N.A.
c/o Randa S. Azzman
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20952

Paul Sweeney
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401

Elizabeth L. Hileman
Hileman and Associates, P.C.
7979 Old Georgetown Road
Suite 600
Bethesda, MD 20814

All Creditors and Parties-in-Interest on the attached mailing matrix.

          /s/ Janet M. Nesse
           Janet M. Nesse

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 13-12002<br>District of Maryland<br>Greenbelt<br>Mon Mar 23 11:54:49 EDT 2015 | Fidelity Investments<br>POB 770003<br>Cincinnati, OH 45277-0070 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Alla Marchenko<br>7400 Heartleaf Circle<br>Laurel, MD 20707-9434 | Bank of America<br>P.O. Box 407090<br>Ft Lauderdale, FL 33340-7090 | Central Maryland Urology<br>10710 Charity Drive<br>Suite 130<br>Columbia, MD 21044 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5548 | Comptroller of Maryland<br>Revenue Administration Division<br>Annapolis, MD 21411-0001 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| Dunes Utility Division<br>5000 Utility Division<br>5000 Palm Coast Pkwy, SE<br>Palm Coast, FL 32137-8052 | Fidelity Investments<br>100 Crosby Parkway<br>Covington, KY 41015-4399 | Health Port<br>925 North Point Parkway<br>Suite 350<br>Alpharetta, GA 30005-5214 |
| Internal Revenue Service<br>Dept. of Treasury<br>Philadelphia, PA 19154 | Legal Link, Inc<br>c/o Marc Youngelson<br>197 Highway 18<br>Suite 104<br>East Brunswick, NJ 08816-1469 | MRO<br>P.O. Box 61507<br>King of Prussia, PA 19406-0907 |
| Maryland Department of Health<br>P.O. Box 13045<br>Baltimore, MD 21203-3045 | Merrill Communications LLC<br>One Merrill Circle<br>St. Paul, MN 55108-5267 | Montgomery General Hospital<br>18101 Prince Phillip Drive<br>Olney, MD 20832-1512 |
| Neil R. Gross & Co, Inc.<br>1323 Rhode Island Avenue, NW<br>Washington, DC 20005-3701 | Ocean Hammock HOA, Inc.<br>5431 A1A South<br>St. Augustine, FL 32080-7194 | Ocean Hammock Property Owners Association, I<br>5455 A1A South<br>St. Augustine, FL 32080-7111 |
| PNC Bank<br>3232 Nexmore Drive<br>Miamisburg, OH 45342 | Patient First<br>P.O. Box 5411<br>Glen Allen, VA 23058-5411 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 |
| Robert H. Hillman<br>Samuel I. White, PC<br>611 Rockville Pike<br>Rockville, MD 20852-1130 | Star Med<br>P.O. Box 4356<br>Wilington, DE 19807-0356 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

| | | |
|---|---|---|
| Victoria Falls Community Associatio<br>c/o Hileman & William, P.C.<br>7979 Old Gorgetown Road<br>Suite 600<br>Bethesda, MD 20814-2446 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Zirkle Process Service<br>5079 N. Dixie Highway<br>Suite 341<br>Oakland Park, FL 33334-4000 |
| Gary A. Rosen<br>One Church Street<br>Suite 802<br>Rockville, MD 20850-4170 | Janet M. Nesse<br>McNamee, Hosea, et.al.<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD 20770-1405 | Mark Kotlarsky<br>7400 Heartleaf Circle<br>Laurel, MD 20707-9434 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Toyota Financial Services<br>19001 S. Western Avenue<br>Torrance, CA 90501 | U.S. Bank<br>P.O. Box 20005<br>4801 Frederica Street<br>Owensboro, KY 42304 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Victoria Falls Community Association, Inc.<br>c/o Hileman & Associates, P.C.<br>7979 Old Georgetown Rd #600<br>Bethesda | (u)Wells Fargo Bank,N.A. | (u)Bank of America<br>INVALID ADDRESS PROVIDED |
| (d)Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (d)Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | (u)Wells Fargo Bank, N.A.<br>INVALID ADDRESS PROVIDED |
| (d)Alla Marchenko<br>7400 Heartleaf Circle<br>Laurel, MD 20707-9434 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     7<br>Total                  42 | |